946 P.2d 1331

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 7, 1997**

| | | |
|---|---|---|
| 17218 | Korn v. Jackson | Affirmed |

**October 13, 1997**

| | | |
|---|---|---|
| 18126 | State v. Kini | Dismissed |

**October 14, 1997**

| | | |
|---|---|---|
| 16305 | GECC Financial Corp. v. Valley Isle Express, Ltd. | Affirmed |

**October 17, 1997**

| | | |
|---|---|---|
| 18548 | State v. Carter | Affirmed |

**October 21, 1997**

| | | |
|---|---|---|
| 17915 | Ching v. Ching | Affirmed |
| 18568 | State v. Tafokitau | Affirmed |

**October 22, 1997**

| | | |
|---|---|---|
| 16075 | Ojerio v. Villanueva | Affirmed |

**October 24, 1997**

| | | |
|---|---|---|
| 17757 | Ho v. Caldeira | Affirmed |